THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael P.
 Bennett, Appellant.
 
 
 

Appeal From Horry County
 J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2008-UP-479
 Submitted August 1, 2008  Filed August
11, 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor John Gregory
 Hembree, of Conway, for Respondent.
 
 
 

PER
 CURIAM:  Michael Bennett appeals his guilty plea to unlawful conduct towards a child and sentence of thirty
 months imprisonment.  He maintains his
 guilty plea failed to conform with the mandates set forth in Boykin v.
 Alabama, 395 U.S. 238 (1969).  After
 a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
KONDUROS, J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.